# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2015

Robert P. Young, Jr.,
Chief Justice

152206

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC: 152206
COA: 322887
Oakland CC: 2013-247795-FH

TERRELL ALBERT BISHOP,
    Defendant-Appellant.
_____/

On order of the Chief Justice, the written request by defendant-appellant to dismiss his application for leave to appeal, which he confirmed by letter dated September 11, 2015, is GRANTED. The dismissal is with prejudice.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2015

_____

